COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN RE: ROBERT E. JONES,



 Relator.
§


 


§


 


§


 


§


 


§


 


 § 



No. 08-08-00211-CV



AN ORIGINAL PROCEEDING

 IN MANDAMUS





MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS



 Relator, Robert E. Jones, seeks a writ of mandamus against the Honorable Alfredo Chavez,
Judge of the 65th Judicial District Court of El Paso County. Relief by writ of mandamus will only
lie to correct a clear abuse of discretion. Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig.
proceeding). Moreover, there must be no other adequate remedy available at law. Id. Based on the
petition and record before us, we are unable to conclude that Relator is entitled to the relief
requested. Accordingly, we deny mandamus relief. See Tex.R.App.P. 52.8(a). 


June 26, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.